**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **Bette Dick, Individually,**<br>**and as P.R. of the Estate of**<br>**Rochelle Nathanson, Deceased**<br>**13001 Clearfield Drive,**<br>**Bowie, MD 20715,**<br><br>     **Plaintiffs,**<br><br>     **v.**<br><br>**Medstar Washington Hospital Center**<br>**d/b/a Washington Hospital Center**<br>**110 Irving Street, N.W.**<br>**Washington, D.C.  20010,**<br><br>     **and**<br><br>**Dr. Frederick C. Cobey**<br>**Department of Anesthesiology**<br>**MedStar Washington Hospital Center**<br>**110 Irving Street, N.W.**<br>**Washington, D.C. 20010,**<br><br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. _____** |

**COMPLAINT**
**(Wrongful Death and Survival Action)**

COME NOW Plaintiffs, Bette Dick, Individually, and as P.R. of the estate of

Rochelle Nathanson, deceased, by and through John C. Lowe and Michael M. Wilson,

their counsel, and represent to this Honorable Court as follows:

**(Jurisdiction and Parties)**

1.  Plaintiff, Bette Dick, is a  resident and domiciliary of the State of

Maryland, as was Rochelle Nathanson. Mrs. Dick resides with her husband  at 13001

Clearfield Drive, Bowie, MD 20715.  The Estate of Rochelle Nathanson was created by

the Probate Court of Prince George's County, Maryland as Estate Number 87070, and

Plaintiff Bette Dick is the Personal Representative of the Estate of Rochelle Nathanson

and the  natural daughter of Plaintiff's decedent Rochelle Nathanson.  The Estate of

Rochelle Nathanson would also be considered as a domiciliary and resident of the State

of Maryland.

2.  Defendant Medstar Washington Hospital Center (this Defendant may also be

hereinafter  referred to as Washington Hospital Center) is a hospital with its principal

place of business at 110 Irving Street, N.W., Washington, D.C.  20010.

3.  Defendant Frederick C. Cobey, M.D., was at all times pertinent hereto a

physician licensed to

practice medicine in the District of Columbia.  Defendant Frederick C. Cobey, M.D. had

a doctor-patient relationship with Plaintiff's Decedent Rochelle Nathanson.  Upon

information and belief, Defendant Frederick C. Cobey, M.D. is a resident and domiciliary

of the District of Columbia.

4.  All acts and/or omissions relating to Plaintiffs' claims against Defendants

Washington Hospital Center and Frederick C. Cobey, M.D. took place within the District

of Columbia.

5.  Pursuant to 28 U.S.C. Section 1391(a)(2), the proper venue for this action is

Washington, District of Columbia, as a substantial part of the events or omissions giving

rise to the claims against the Defendants occurred in the District of Columbia and the Defendant Hospital has its principal place of business in the District of Columbia.

6.  The matter in controversy exceeds the sum of $75,000. Rochelle Nathanson suffered a wrongful death and a great deal of pain and suffering prior to her death. The survival action and the wrongful death claim are both substantial and well in excess of the sum of $75,000.

7.  As the matter in controversy exceeds the sum of $75,000, and the Plaintiffs and the Defendants are diverse as set forth in 28 U.S.C. Section 1332, this Honorable Court has diversity jurisdiction with respect to this action.

**COUNT 1**
**Wrongful Death**

8.  On or about February 2, 2011, Rochelle Nathanson underwent a semi-elective left mini anterior thoracotomy, transapical aortic valvuloplasty, and transapical placement of an aortic valve replacement at Washington Hospital Center. The surgery was performed by Dr. Paul Joseph Corso under general anesthesia, which, upon information and belief, was administered all or in part by Frederick C. Cobey.

9.  As part of this procedure, Rochelle Nathanson had a TEE probe placed. The aortic valve prosthesis was placed on the aortic annulus under TEE guidance and continuous fluoroscopy.  No embolic filter was used during placement of the aortic valve, even though the pathology showed significant calcification of the aortic valve.

10.   Subsequently, a nasogastric tube was inserted by Defendant Frederick  C. Cobey, M.D. and/or by agents, servants, and/or employees of Defendant Washington Hospital Center, or their agents or apparent agents.

11.   The distal esophagus of Plaintiff's Decedent Rochelle Nathanson was perforated by the nasogastric tube or by the TEE probe or by both of these devices.

12.   Blood was noticed coming out of Rochelle Nathanson's nasogastric tube, and subsequently, a large perforation in the distal esophagus was discovered.  The doctors at Washington Hospital Center decided to place a stent across the esophageal perforation.

13.   On or about February 17, 2011, a chest X-ray revealed florid congestive heart failure and with a large left pleural effusion.  Plaintiff's Decedent Rochelle Nathanson also underwent a Gastrografin study for the first time in 15 days, which showed a massive leak from the esophagus into the chest cavity, evidence that the stent had not closed the leak.

14.   On or about February 17, 2011, Rochelle Nathanson was made DNR after a barium study showed a more progressive leak from the perforated esophagus and ongoing multiorgan failure. Rochelle Nathanson's family did not want additional measures to be used to extend her life after being advised that her injuries would lead to her eventual death.

15.   Rochelle Nathanson died on February 20, 2011.  Her death certificate states that she died from sepsis due to esophageal perforation.

16.    Defendant Washington Hospital Center, and Defendant Frederick C. Cobey, M.D., acting by and through their agents, servants, employees, and apparent agents, breached applicable standards of care in, *inter alia*, by

(a) Causing a life-threatening perforation of the esophagus with either a nasogastric tube or the TEE probe or both of these devices;

(b) Failing to appropriately treat the esophageal perforation once it had occurred.

(c) Failing to use an emboli umbrella device to protect the brain;

(d) Failing to consider and recommend non-surgical options in treating Ms. Nathanson;

(e) Failing to perform a Gastrografin study until 16 days after the application of a stent across the perforation, despite the patient's fever and multiorgan failure; and

(f)  Both Defendants may have been negligent in other ways.

17.    Both Defendants Medstar Washington Hospital Center and Frederick C. Cobey, M.D., acting through their employees, agents, servants, and apparent agents, failed to obtain appropriate informed consent to the procedure and to the methods in which the procedure was performed.    If appropriate informed consent had been provided, the procedure and its subparts would not have occurred.

18.    The above related breaches from the applicable standard of care and lack of informed consent by both Defendants proximately caused the death of Rochelle Nathanson.

19.    As a direct and proximate result of the aforesaid negligence and failure to obtain informed consent, Rochelle Nathanson suffered a wrongful death that was preventable.   As a result of that wrongful death, the Estate of Rochelle Nathanson and

her son and daughter-in-law have suffered such damages as are recognized under the District of Columbia law pertaining to Wrongful Death actions. These damages may include, but not be limited to, funeral expenses, pecuniary loss, emotional distress, loss of society, care, assistance, advice, and consortium over the duration of the joint lives of Rochelle Nathanson and Dewey and Bette Dick.  Plaintiffs may also seek to apply the foreign law of Maryland and seek compensation for such remedies as are available under Maryland law to the wrongful death of Rochelle Nathanson, as both she and her daughter Bette Dick and Plaintiff Dewey Dick were domiciled in Maryland.

WHEREFORE, Plaintiffs Bette Dick, Individually and as Personal Representative of the Estate of Rochelle Nathanson, demand judgment against all named Defendants, jointly and severally, for compensatory damages in the full amount of Five Million Dollars ($5,000,000.00), plus interest and costs incurred.


**COUNT 2**
**Survival Action**


20.    The allegations of Paragraphs 1 through 19 are realleged as though fully set forth herein.

21.     As a direct and proximate result of the aforesaid negligence and failure to obtain appropriate informed consent, Rochelle Nathanson suffered damages, including but not limited to, the following:

(a) Severe physical pain;

(b) Medical and hospital bills; and

(c) Such other damages as are recognized under District of Columbia law pertaining to survival actions.

WHEREFORE, Bette Dick, Individually, and as P.R. of the Estate of Rochelle Nathanson, demand judgment against Defendant Washington Hospital Center for compensatory damages in the survival actions in the full sum of Five Million Dollars ($5,000,000.00), plus interest and costs incurred.

### (Notice under D.C. Section 16-2802)

22.   Pursuant to D.C. Code § 16-2802, notice of Plaintiffs' intention to file suit was served on February 13, 2012 on Sarah Shackleford, R.N., Assistant Vice President for Quality, Safety, and Education at MedStar Health; Larry L. Smith, Vice President, Risk Management, MedStar Health; Dr. Paul Joseph Corso, Director of Cardiac Surgery, MedStar Washington Hospital Center; Dr. Kenneth M. Kent, Department of Cardiology, MedStar Washington Hospital Center; Dr. Frederick C. Cobey and Dr. Nicholas Kambouris, Department of Anesthesiology, MedStar Washington Hospital Center.  Accordingly, this document is being filed  90 days from the date when notice was served.

Date: May 13, 2012                     Respectfully submitted,


                                      /s/ John C. Lowe
                                      D.C. Bar No. #427019
                                      John Lowe, P.C.
                                      5920 Searl Terrace
                                      Bethesda, MD  20816
                                      (301) 320-3300
                                      Email:  johnlowe@johnlowepc.com

/s/ Michael M. Wilson
 Michael M. Wilson
D.C. Bar No. #941674
U.S. Court of Appeals
for the District of Columbia #30702
1120 19th Street, N.W. Suite LL-11
Washington, D.C.  20036
(202) 223-4488
Fax: (202) 280-1414
Email:  wilson@wilsonlaw.com


Counsel for the Plaintiff