IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Bette DICK, Individually and as P.R. of the Estate of Rochelle Nathanson,<br><br>    Plaintiff<br><br>v.<br><br>MEDSTAR WASHINGTON HOSPITAL CENTER, *et al.*<br><br>    Defendants | Case No. 1:12-cv-00769-RLW |

## JOINT STATUS REPORT AND JOINT REQUEST TO EXTEND STAY OF PROCEEDINGS

In accordance with this Court's Minute Order dated July 23, 2013, the parties offer the following status report concerning this case:

1. On May 21, 2013, this Court granted the parties' joint motion to stay proceedings in this action pending their anticipated mediation of the case. (Dkt No. 15.)

2. On June 17, 2013, the parties engaged in a mediation facilitated by the Honorable Howard Chasanow (retired).

3. At the mediation, the parties agreed to a settlement in principle.

4. Following the mediation, the parties have been negotiating the terms of a Settlement Agreement and Release. It is anticipated that the terms of this Agreement will be finalized within the next two weeks.

5. The parties respectfully request that this Court extend the stay of this case for the next 30 days while the parties finalize their agreement. Upon finalization of the settlement, the parties will file a stipulation of dismissal. If settlement cannot be finalized for any reason, the parties will so report to the Court and seek a revised scheduling order.

6.   The parties shall submit a joint status report to the Court on or before August 23, 2013 if the case has not been dismissed by that date.

WHEREFORE, the parties request that this Court extend the stay of the case until August 23, 2013.

DATED:  July 26, 2013                                              Respectfully submitted,

/s/   John Lowe                                                             /s/  Michael Wilson
John C. Lowe                                                                 Michael M. Wilson
John Lowe, P.C.                                                             1120 19th Street, N.W.
5920 Searl Terrace                                                          Suite LL-11
Bethesda, Maryland  20816                                           Washington, D.C.  20036
**Co-Counsel for Plaintiff**                                             **Co-Counsel for Plaintiff**

/s/  K. Nichole Nesbitt
Donald L. DeVries, Jr. (Bar No. 419935)
K. Nichole Nesbitt (Bar No. 469793)
Goodell, DeVries, Leech & Dann, LLP
One South St., 20th Floor
Baltimore, MD  21202
(410) 783-4000
(410) 783-4040 fax
**Counsel for Defendants**

4849-4549-1988, v. 1