IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Bette DICK, Individually and as P.R. of the Estate of Rochelle Nathanson,<br><br>**Plaintiff**<br><br>v.<br><br>MEDSTAR WASHINGTON HOSPITAL CENTER, *et al.*<br><br>**Defendants** | Case No. 1:12-cv-00769-RLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to D.C. Superior Court Rule of Civil Procedure 41(a)(ii), the parties hereby stipulate to the dismissal with prejudice of the Frederick Cobey, M.D. from this case. MedStar Washington Hospital Center remains a defendant.

Dated: July 30, 2013

Respectfully submitted,

/s/   John Lowe
John C. Lowe
John Lowe, P.C.
5920 Searl Terrace
Bethesda, Maryland  20816
**Co-Counsel for Plaintiff**

/s/   Michael Wilson
Michael M. Wilson
1120 19th Street, N.W.
Suite LL-11
Washington, D.C.  20036
**Co-Counsel for Plaintiff**

/s/   K. Nichole Nesbitt
Donald L. DeVries, Jr. (Bar No. 419935)
K. Nichole Nesbitt (Bar No. 469793)
Goodell, DeVries, Leech & Dann, LLP
One South St., 20th Floor
Baltimore, MD  21202
(410) 783-4000
(410) 783-4040 fax
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July 2013, this filing was copied to all counsel of record via electronic case filing.

                                             /s/ K. Nichole Nesbitt
                                             K. Nichole Nesbitt, Esq.

4823-6124-9554, v. 1